*In re* CARLA GARCÍA BENÍTEZ.

*Número:* 8773      *Resuelto:* 19 de mayo de 1995

*Carla García Benítez, pro se.*

## RESOLUCIÓN

Vista la moción, de fecha 2 de mayo de 1995, solicitando

reinstalación a la práctica de la abogacía presentada por Carla García Benítez, como se pide.

Lo acordó el Tribunal y certifica el señor Secretario General. Los Jueces Asociados Señora Naveira de Rodón y Señor Alonso Alonso no intervinieron.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*